**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**

**V.**                                                                                      **4:13CR00216-02 JM**

**MARQUIS D. ROBINSON**

## ORDER

Pending is the Government's Motion to Dismiss Indictment against Defendant Marquis D. Robinson. For good cause shown the Motion to Dismiss Indictment (ECF No. 64) is GRANTED. The indictment is dismissed without prejudice.

IT IS SO ORDERED this 24th day of November, 2014.

_____
James M. Moody Jr.
United States District Judge